Samuel Wolfson, on Behalf of Himself and Other Creditors of Fishkind Realty Co., Inc., Respondent, *v.* The Ætna Casualty and Surety Company et al., Appellants.

(Submitted April 16, 1934; decided April 24, 1934.)

*Clarence G. Bachrach* for motion.
*Louis Jay* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements. The order is not appealable.